IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CARLY HAHN**                                                                                           **PLAINTIFFS**

VS.                              CASE NO. 3:10CV00190 JMM

**LOWE'S COMPANIES, INC; AND**
**LOWE'S HOME CENTERS, INC.**                                                      **DEFENDANTS**

## ORDER

Based upon the Parties's Stipulation of Dismissal made pursuant to Federal Rule of Civil Procedure 41 (a)(1), the complaint in the above styled case is dismissed without prejudice (#14).

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS   12   day of   May , 2011.


_____
James M. Moody
United States District Judge